
FILED
NOV - 2 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

# AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Alexander Harris, being duly sworn, depose and state as follows:

## INTRODUCTION

2:16MJ445

1. I am a Special Agent with the Social Security Administration Office of the Inspector General (SSA / OIG), assigned to the Norfolk, Virginia, office and have been employed in that capacity since August 2007. I am further employed with the US Air Force Reserves Office of Special Investigations (AFOSI) as a Special Agent, and have been since April 2014. As an Agent, your affiant has conducted criminal investigations involving federal benefit fraud, disability fraud, aggravated identity theft, the manufacture of fraudulent documents, marriage fraud, and mail fraud.

2. I have received specialized training in the enforcement and investigation of federal criminal law, constitutional law, Uniform Code of Military Justice, identity theft, mail fraud, and Social Security benefit fraud.

3. Prior to my employment with the SSA / OIG and AFOSI, I was active duty US Air Force Security Forces. I graduated from Towson University with a bachelor's degree in Criminal Justice and a Master's degree in Criminal Justice from American Military University.

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during the course of this investigation, as well as the observations of other law enforcement officers involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

LKL

ABH

5. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the Government.

6. This affidavit is submitted in support of a criminal complaint and an arrest warrant charging GALLINDO SAMUEL MORALES-GOMEZ with the following violation of federal law:

> False representation of a Social Security Number in violation of Title 42, United States Code, Section 408(a)(7)(B), namely, that on or about November 1, 2016, at the Social Security Administration in Accomac, Virginia, within the Eastern District of Virginia, GALLINDO SAMUEL MORALES-GOMEZ, did, for the purpose of obtaining something of value and for other purposes, with intent to deceive, falsely represent on Social Security Disability applications, that xx-xx-9412 was the social security number assigned to him by the Commissioner of Social Security, when in fact, as he well knew, such number was not a social security number assigned to him by the Commissioner.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

7. The Social Security Administration, under the Social Security Act of 1935, as amended; Public Laws 74-271, 92-603, 93-66, 93-233, 94-473, 95-216, 96-265, 96-473, 96-499, 97-35 and 97-123; 42 U.S.C. 420-425, grants SSA the ability to provide Social Security Disability benefits to workers legally employed and working in the U.S. at the time of their injury. Depending on the circumstances, an individual may receive SSA Disability benefits under Title XVI, Title II, or some combination of the two.

8. On or about August 23, 2016, GALLINDO SAMUEL MORALES-GOMEZ provided information in applications for Social Security disability benefits under a name bearing

2

LRL

ABH

the initials J.D.D. (hereinafter "J.D.D.") at the Social Security Administration (SSA) District Office in Accomac, Virginia. In his applications for disability under both Title XVI and Title II, GALLINDO SAMUEL MORALES-GOMEZ claimed to have an injured right hand that prevented him from working.

9. GALLINDO SAMUEL MORALES-GOMEZ provided to SSA as proof of identity and eligibility for benefits, a Virginia Identification card, number T63541812, bearing the name J.D.D. and date of birth 12/xx/1984.

10. A second identifying document GALLINDO SAMUEL MORALES-GOMEZ provided was a Social Security card bearing the SSN of xxx-xx-9412 with the name J.D.D. issued on September 22, 2010.

11. The third identifying document GALLINDO SAMUEL MORALES-GOMEZ provided to the SSA Accomac District Office was a State of Texas Birth Certificate, which states that J.D.D., was born on 12/xx/1984 in Bexar County, Texas, and was issued on October 13, 2010.

12. On August 23, 2016, MORALES-GOMEZ's disability applications were received by the SSA, but they had missing information. MORALES-GOMEZ was instructed to return to the SSA office on a date in October, but he failed to show up for the appointment. A new appointment was made for November 1, 2016.

13. After the August 23 appointment, an employee at the SSA Office alerted the SSA Office Inspector General (OIG) of possible fraud based on inconsistent answers in the application process.

14. SSA OIG followed up by investigating the name J.D.D. Texas Department of Public Safety Driver's License information for J.D.D. reflects Driver's License number xxxx2219 was issued on 3/1/2013 for J.D.D. The date of birth is listed as 12/xx/1984, height is listed as six feet tall, and the address was in San Antonio, Texas 78221. The height listed for GALLINDO SAMUEL MORALES-GOMEZ's Virginia Identification Card is listed as five foot six inches, a

3

LRL

ABH

difference of six inches between J.D.D.'s driver's license information and GALLINDO SAMUEL MORALES-GOMEZ.

15. A comparison of the photograph of J.D.D.'s Texas driver's license and the Virginia Identification Card (with the name J.D.D.) presented to SSA by GALLINDO SAMUEL MORALES-GOMEZ appear to be two different individuals.

16. A search of SSA records showed that an application for Social Security Card (replacement) dated March 12, 2009, was filed in San Antonio, TX by J.D.D. The signature of J.D.D. on the application for Social Security Card (replacement) appears to be different than the signature present on the application for Social Security disability benefits filled out by GALLINDO SAMUEL MORALES-GOMEZ on August 23, 2016.

17. SSA has confirmed that the social security number xxx-xx-9412 does not belong to GALLINDO SAMUEL MORALES-GOMEZ. That number was issued by the Commissioner of Social Security to J.D.D., a real person living in San Antonio, Texas.

18. On November 1, 2016, GALLINDO SAMUEL MORALES-GOMEZ returned to the SSA Office in Accomac, Virginia, to complete his disability applications. In reviewing the applications, GALLINDO SAMUEL MORALES-GOMEZ again represented that the SSN xxx-xx-9412 belonged to him and that his name was J.D.D. He also stated in his applications that he was a United States citizen.

19. On November 1, 2016, GALLINDO SAMUEL MORALES-GOMEZ was arrested and taken into custody and his true identity was determined by agents from Homeland Security Investigations. They also determined that MORALES-GOMEZ was not a United States citizen.

20. The SSA Office in Accomac, Virginia, is within the Eastern District of Virginia.

4

## CONCLUSION

21. Based on the foregoing information, I respectfully submit there is probable cause to believe that within the Eastern District of Virginia, GALLINDO SAMUEL MORALES-GOMEZ violated:

> Title 42, United States Code, Section 408(a)(7)(B) by falsely representing a Social Security Number at the Social Security Administration Accomac District Office on November 1, 2016.

*Alexander Harris*
Alexander Harris
Special Agent
Social Security Administration
Office of the Inspector General / Office of Investigations

Subscribed and sworn before me this 2nd day of November 2016.

United States Magistrate Judge
Norfolk, VA

5

ABH